| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tucker, Petrese B. | 2. Court or Organization PA-Eastern District | 3. Date of Report 11/24/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Room 9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1751

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | PA State Retirement Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | PA SERS State Employee Retirement System | $28,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 2. 2013 | Cottage Home - Rental income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Farm Credit of the Virginias | Mortgage on Land | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Land Halifax County, VA | | None | L | W | | | | | |
| 2. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 3. Estate #1 - Real Estate Phila, PA Appraisal Date 1/20/09 | | None | M | Q | | | | | |
| 4. Estate #1 - PNC Bank | A | Interest | K | T | | | | | |
| 5. 3M Company | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 6. | | | | | Sold (part) | 12/11/13 | J | A | |
| 7. Aarons Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 8. Abbott Labs | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 9. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 10. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 11. | | | | | Sold (part) | 12/11/13 | J | A | |
| 12. | | | | | Sold (part) | 12/11/13 | J | A | |
| 13. | | | | | Sold (part) | 11/26/13 | J | A | |
| 14. Abbvie Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 15. Accenture | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 16. ACE Ltd | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 17. Activation Blizzard Inc | A | Dividend | | | Sold | 08/08/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Actuant Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 19. ADP Inc | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 20. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 21. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 22. | | | | | Sold (part) | 11/14/13 | J | A | |
| 23. | | | | | Sold (part) | 11/15/13 | J | A | |
| 24. ADT CORP SHS | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 25. | | | | | Sold (part) | 07/31/13 | J | A | |
| 26. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 27. AETNA Inc New | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 28. Agilent Technologies Inc | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 29. Agrium Inc | A | Dividend | | | Sold | 10/24/13 | J | A | |
| 30. Albemarle Corp | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 31. Alliance Data Systems Corp | A | Dividend | J | T | Buy (add'l) | 06/27/13 | J | | |
| 32. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 33. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 34. | | | | | Sold (part) | 11/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alliance Global | A | Dividend | J | T | | | | | |
| 36. ALLERGAN INC | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 37. ALLIANZ NFJ DIVIDEND VALUE FUND | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 38. Allstate Corp Del | A | Dividend | | | Sold (part) | 11/26/13 | J | B | |
| 39. | | | | | Sold | 12/11/13 | J | A | |
| 40. Altria Group | A | Dividend | K | T | Buy | 12/11/13 | J | | |
| 41. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 42. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 43. | | | | | Sold (part) | 12/23/13 | J | A | |
| 44. AMAZON COM INC COM | A | Dividend | J | T | Sold (part) | 02/05/13 | J | A | |
| 45. | | | | | Sold (part) | 04/18/13 | J | A | |
| 46. | | | | | Sold (part) | 06/27/13 | J | A | |
| 47. | | | | | Sold (part) | 10/25/13 | J | A | |
| 48. | | | | | Sold (part) | 11/26/13 | J | A | |
| 49. AMTR Financial Services | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 50. American Axle & Mfg | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 51. AMER EXPRESS COMP | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMER INTL GROUP | A | Dividend | | | Sold (part) | 12/11/13 | J | A | |
| 53. | | | | | Sold (part) | 04/30/13 | J | A | |
| 54. | | | | | Sold (part) | 11/26/13 | J | A | |
| 55. | | | | | Sold | 12/11/13 | J | A | |
| 56. | | | | | Buy | 05/01/13 | J | | |
| 57. American Express-Global Notes 6.15% 9/28/17 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 58. Ameriprise Financial Inc | A | Dividend | | | Sold | 11/26/13 | J | B | |
| 59. | | | | | Sold | 12/11/13 | J | A | |
| 60. AMGEN INC COM PV $.0001 | A | Dividend | | | Sold | 12/11/13 | J | B | |
| 61. AMN ELEC POWER CO | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 62. ANALOG DEVICES INC COM | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 63. ANHEUSER-BUSCH INBEV ADR | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 64. | | | | | Sold (part) | 12/11/13 | J | A | |
| 65. | | | | | Sold (part) | 11/26/13 | J | A | |
| 66. ANHEUSER-BUSCH INBEV SA GLB-4.125% 1/15/2015 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 67. ANNALY CAP MGMT INC | A | Dividend | | | Sold | 10/21/13 | J | A | |
| 68. AON CORP COM | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 70. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 71. Apache Corp | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 72. | | | | | Sold | 12/11/13 | J | A | |
| 73. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 74. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 75. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 76. Apache Corp GLB 2.625 1/15/23 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 77. Apple Computer | A | Dividend | K | T | Buy (add'l) | 04/26/13 | J | | |
| 78. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 79. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 80. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 81. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 82. | | | | | Sold (part) | 12/11/13 | J | A | |
| 83. | | | | | Sold (part) | 05/01/13 | J | A | |
| 84. | | | | | Sold (part) | 07/01/13 | J | B | |
| 85. | | | | | Sold (part) | 08/21/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/26/13 | J | D | |
| 87. Applied Material | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 88. ASML HLDG NV NEW YORK | A | Dividend | J | T | Sold (part) | 08/09/13 | J | A | |
| 89. | | | | | Sold (part) | 11/26/13 | J | A | |
| 90. ASSA ABLOY AB (X) | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 91. ASTRAZENECA PLC BONDS | A | Interest | | | Sold | 11/26/13 | J | A | |
| 92. ASTRAZENECA PLC SPND ADR | A | Dividend | | | Sold | 11/26/13 | J | A | |
| 93. | | | | | Sold | 12/11/13 | J | A | |
| 94. AT&T | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 95. | | | | | Sold (part) | 12/11/13 | J | A | |
| 96. AT&T INC GLOBAL BONDS-3% 2/15/2022 | A | Interest | | | Sold | 10/28/13 | J | A | |
| 97. AUTOZONE INC NEVADA COM | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 98. Atwood Oceanics | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 99. B/E Aerospace Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 100. BAIDU INC SPON ADR | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 101. Balchem Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 102. BANCO DO BRASIL SA-SPON | A | Dividend | | | Sold | 02/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 02/01/13 | J | A | |
| 104. BANK MANDIRI TBK-UNSPON | A | Dividend | J | T | | | | | |
| 105. Bank of the Ozarks | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 106. BARRICK GOLD CORPORATION | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 107. | | | | | Buy | 05/15/13 | J | | |
| 108. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 109. Baxter International Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 110. BAYERISCHE MOTORENWERKE | A | Dividend | J | T | Buy (add'l) | 09/12/13 | J | | |
| 111. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 112. | | | | | Sold (part) | 12/11/13 | J | A | |
| 113. BCE Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 114. BERKSHIRE HAYAWAY FIN CO-1.60% 5/15/2017 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 115. BERKSHIRE HAYAWAY INC | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 116. BG GROUP PLC SPON ADR | A | Dividend | | | | | | | |
| 117. BIF MONEY FUND | A | Dividend | M | T | Redeemed (part) | 04/04/13 | K | | |
| 118. | | | | | Redeemed (part) | 04/04/13 | K | | |
| 119. BIOGEN IDEC | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/26/13 | J | B | |
| 121. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 122. Biomarin Pharmaceuticals | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 123. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 124. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 125. Bio Reference Labs | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 126. BLACKROCK BOND ALLOC TARGET SHS SERIES C | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 127. | | | | | Sold | 12/10/13 | K | B | |
| 128. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 129. BLACKROCK BOND ALLOC TARGET SHS SERIES M | A | Dividend | | | Sold | 12/10/13 | K | A | |
| 130. | | | | | Buy | 05/13/13 | J | | |
| 131. BLACKROCK ALLOC TARGET SHS SERIES S | A | Dividend | L | T | Buy | 12/05/13 | L | | |
| 132. | | | | | Sold (part) | 12/23/13 | J | A | |
| 133. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 134. Blackrock Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 135. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 136. | | | | | Buy (add'l) | 12/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/23/13 | J | A | |
| 138. BLACKROCK EQTY DIVIDEND | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 139. BOEING CO - GLOBAL BONDS | A | Interest | | | Redeemed | 02/15/13 | J | A | |
| 140. BOEING COMPANY | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 141. | | | | | Sold (part) | 02/07/13 | J | A | |
| 142. | | | | | Sold (part) | 11/26/13 | J | B | |
| 143. Boston Beer Company | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 144. BORG WARNER INC COM | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 145. | | | | | Sold (part) | 02/04/13 | J | A | |
| 146. BOTTLING GROUP INC GLB-6.95% 3/15/2014 | A | Int./Div. | | | Sold | 11/26/13 | J | A | |
| 147. BP CAPITAL MARKETS PLC GLB-1.7% 12/5/2014 | A | Int./Div. | | | Sold | 11/26/13 | J | A | |
| 148. BP CAPITAL MARKETS PLC GLB-3.875% 3/1/2015 | A | Int./Div. | | | Sold | 11/26/13 | J | A | |
| 149. BRISTOL MYER SQUIBB | A | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |
| 150. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 151. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 152. | | | | | Buy | 12/11/13 | J | | |
| 153. | | | | | Sold (part) | 01/09/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/26/13 | J | B | |
| 155. | | | | | Sold (part) | 12/23/13 | J | A | |
| 156. BRITISH AMERICAN TOBACCO | A | Dividend | | | Sold | 05/14/13 | J | A | |
| 157. CA Inc | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 158. CAMERON INTL CORT | A | Dividend | | | Sold | 04/08/13 | J | A | |
| 159. | | | | | Sold (part) | 04/05/13 | J | A | |
| 160. | | | | | Buy (add'l) | 01/29/13 | J | | |
| 161. Carnival Corp | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 162. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 163. | | | | | Sold (part) | 12/23/13 | J | A | |
| 164. CATERPILLER FINANCIAL SE - 7.150% 2/15/2019 (X) | A | Int./Div. | | | Sold | 11/26/13 | J | A | |
| 165. Celgene Corp | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 166. | | | | | Sold (part) | 11/26/13 | J | A | |
| 167. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 168. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 169. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 170. CERNER CORP | A | Dividend | | | Sold | 01/15/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CGG VERITAS | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 172. Checkpoint Software | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 173. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 174. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 175. CHEVRON CORP | A | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |
| 176. | | | | | Sold (part) | 01/14/13 | J | A | |
| 177. | | | | | Sold (part) | 12/11/13 | J | A | |
| 178. CHINA CONSTRUCT UNSPN AD | A | Dividend | | | Sold | 03/20/13 | J | A | |
| 179. | | | | | Sold | 03/20/13 | J | A | |
| 180. China Mobile Ltd SPN ADR | A | Dividend | | | Sold | 09/13/13 | J | A | |
| 181. | | | | | Sold | 09/13/13 | J | A | |
| 182. China Shenhua Energy | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 183. Chipotle Mexican Grill | A | Dividend | | | Sold (part) | 06/27/13 | J | A | |
| 184. | | | | | Sold | 06/28/13 | J | A | |
| 185. | | | | | Buy | 01/17/13 | J | | |
| 186. CHUBB CORP | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 187. Cinn Financial Corp | A | Dividend | J | T | Buy | 12/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CISCO SYSTEMS INC | A | Dividend | J | T | Buy (add'l) | 08/05/13 | J | | |
| 189. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 190. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 191. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 192. | | | | | Sold (part) | 04/25/13 | J | A | |
| 193. | | | | | Sold (part) | 11/14/13 | J | A | |
| 194. | | | | | Sold (part) | 04/25/13 | J | A | |
| 195. | | | | | Sold (part) | 11/14/13 | J | A | |
| 196. | | | | | Sold (part) | 12/23/13 | J | A | |
| 197. CIT Group | A | Dividend | J | T | Buy | 11/27/13 | J | | |
| 198. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 199. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 200. | | | | | Sold (part) | 12/11/13 | J | A | |
| 201. CITIGROUP INC COM NEW (FOMERLY CITIGROUP INC) | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 202. | | | | | Sold (part) | 11/26/13 | J | A | |
| 203. | | | | | Sold (part) | 12/11/13 | J | A | |
| 204. | | | | | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. CITIGROUP INC - SUB NOTES | A | Interest | | | Sold | 11/26/13 | J | A | |
| 206. Coca Cola Com | A | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |
| 207. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 208. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 209. | | | | | Sold (part) | 11/26/13 | J | A | |
| 210. Colfax Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 211. COMCAST CORP - BONDS | A | Interest | | | Sold | 11/26/13 | J | A | |
| 212. COMCAST CORP NEW CL A | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 213. | | | | | Sold (part) | 11/26/13 | J | A | |
| 214. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 215. COMERICA INC | A | Dividend | J | T | Buy | 12/19/13 | J | | |
| 216. Conoco Phillips | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 217. Consol Energy | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 218. Continental AG Spurd | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 219. CORNING INC | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 220. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 221. | | | | | Sold (part) | 12/11/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Corrections Corp | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 223. COVIDIEN PLC SHS | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 224. Covidien Int'l Finance 1.35% 5/29/15 | A | Interest | J | T | Buy | 12/05/13 | J | | |
| 225. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 226. Credicorp | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 227. Credit Acceptance | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 228. CROWN CASTLE INTL CORP | A | Dividend | J | T | Buy (add'l) | 2/22/13 | J | | |
| 229. | | | | | Sold (part) | 04/29/13 | J | A | |
| 230. | | | | | Sold (part) | 11/26/13 | J | A | |
| 231. Cullen Frst Bkrs PV .01 | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 232. CVS CAREMARK CORP | A | Dividend | J | T | Buy (add'l) | 5/14/13 | J | | |
| 233. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 234. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 235. | | | | | Sold (part) | 12/11/13 | J | A | |
| 236. | | | | | Sold (part) | 11/26/13 | J | A | |
| 237. Daihatsu Motor Unspond | A | Dividend | | | Sold | 04/30/13 | J | A | |
| 238. DAIMLERCHRYSLER NA HOLDING-BONDS 6.5% 11/15/2013 | A | Interest | | | Redeemed | 11/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 61

Name of Person Reporting

Tucker, Petrese B.

Date of Report

11/24/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. DAITO TR CONSTRUCTION CO | A | Dividend | | | Sold | 02/05/13 | J | A | |
| 240. Daiwa House | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 241. DANAHER CORP DEL | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 242. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 243. | | | | | Sold (part) | 11/26/13 | J | A | |
| 244. Delphia Automotive | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 245. Diageo PLC | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 246. DIRECTTV HLDG/FIN INC-3.5% 3/1/16 | A | Int./Div. | | | Sold | 11/26/13 | J | A | |
| 247. DISCOVER COMMUNICATION | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 248. DISCOVER FINL SVCS | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 249. Disney Walt | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 250. | | | | | Sold (part) | 12/11/13 | J | A | |
| 251. Dominion Res Inc New VA | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 252. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 253. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 254. | | | | | Buy (add'l) | 09/08/13 | J | | |
| 255. | | | | | Sold (part) | 11/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Dorman Products Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 257. Dover Corp | A | Dividend | J | T | Buy | 07/22/13 | J | | |
| 258. | | | | | Sold (part) | 12/11/13 | J | A | |
| 259. Dow Chemical | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 260. | | | | | Buy | 10/21/13 | J | | |
| 261. Duke Energy | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 262. DU PONT E I DE NEMOURS | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 263. Eagle Bancorp Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 264. Eastman Chemical Co | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 265. Eaton Corp | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 266. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 267. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 268. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 269. | | | | | Sold (part) | 05/13/13 | J | A | |
| 270. | | | | | Sold (part) | 07/11/13 | J | A | |
| 271. | | | | | Sold (part) | 11/26/13 | J | A | |
| 272. Ebay Inc | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 274. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 275. Edwards Lifesciences CRP | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 276. E M C CORPORATION MAS | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 277. | | | | | Sold (part) | 12/11/13 | J | A | |
| 278. | | | | | Sold (part) | 07/11/13 | J | A | |
| 279. Emerson Electric Co | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 280. Encore Capital Group Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 281. Enersys | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 282. ENI SPA SPONSORED | | None | | | Sold | 07/02/13 | J | A | |
| 283. ENSCO PLC SHS CLA A (FORMERLLY ENSCO INTL LTD SPNSR ADR) | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 284. ENTERPRISE PRODUCTS OPER CO-5.2% 9/1/2020 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 285. EOG Resources | A | Dividend | | | Sold | 02/22/13 | J | A | |
| 286. Equinix Inc | A | Dividend | | | Sold | 08/13/13 | J | A | |
| 287. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 288. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 289. Esterline Technologies CP | A | Dividend | J | T | Buy | 12/05/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. EXELON CORP BONDS 4.9% 6/15/2015 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 291. EXPERIAN PLC SP ADR | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 292. EXPRESS SCRIPT HLDG CO (FORMERLLY Express Scripts Inc Com) | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 293. | | | | | Sold (part) | 05/10/13 | J | A | |
| 294. | | | | | Sold (part) | 05/13/13 | J | A | |
| 295. Exxon Mobil | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 296. | | | | | Sold (part) | 01/14/13 | J | A | |
| 297. | | | | | Sold (part) | 08/08/13 | J | A | |
| 298. | | | | | Sold (part) | 12/11/13 | J | A | |
| 299. FACEBOOK INC | | None | | | Sold | 11/26/13 | J | A | |
| 300. | | | | | Sold | 12/11/13 | J | A | |
| 301. FAMILY DOLLAR STORES | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 302. FNMA .625% 10/30/14 | A | Int./Div. | J | T | Buy | 12/06/13 | J | | |
| 303. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 304. Federated Investors B | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 305. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 306. | | | | | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  FNMA 3.5% 2042 | A | Interest | | | Sold (part) | 01/11/13 | J | A | |
| 308. | | | | | Sold | 10/25/13 | J | A | |
| 309.  FED HOME LN MTG CORP-4.875% 11/15/013 | A | Interest | | | Redeemed | 11/15/13 | J | A | |
| 310.  FED NAT'L MTG ASSOC-.625% 12/29/2014 | A | Interest | | | Sold | 12/24/13 | J | A | |
| 311.  FED NAT'L MTG ASSOC-.625% 10/30/14 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 312.  FED NAT'L MTG ASSOC-1.250% 1/31/2017 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 313. | | | | | Sold (part) | 01/08/13 | J | A | |
| 314. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 315.  FHLMC .875% 3/7/2018 | A | Interest | | | Buy | 01/17/13 | J | | |
| 316. | | | | | Buy (add'l) | 01/17/13 | J | | |
| 317. | | | | | Sold | 11/26/13 | J | A | |
| 318. | | | | | Sold | 12/10/13 | J | A | |
| 319.  FHLMC .5% 3/30/16 | A | Interest | | | Buy | 02/15/13 | J | | |
| 320. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 321. | | | | | Sold (part) | 11/26/13 | J | A | |
| 322. | | | | | Sold | 12/10/13 | J | A | |
| 323.  FEDEX CORP DELAWARE COM | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 325. | | | | | Sold (part) | 11/26/13 | J | B | |
| 326. FHLMC A9 4713 04% 2040 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 327. FHLMC A9 6409 03 50% 2041 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 328. FHLMC Q1 4039 03 50% 2042 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 329. | | | | | Sold | 12/10/13 | J | A | |
| 330. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 331. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 332. Fidelity National Information Svcs | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 333. FIFTH THIRD BANCORP | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 334. First C Financial Services | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 335. First Financial Holdings | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 336. First Service Sub Vtg | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 337. Fixed Income Shares Series M F CL | A | Dividend | | | Sold (part) | 06/13/13 | J | A | |
| 338. | | | | | Sold (part) | 06/13/13 | J | A | |
| 339. | | | | | Sold | 12/10/13 | K | B | |
| 340. | | | | | Sold | 12/10/13 | K | B | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 342. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 343. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 344. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 345. FNMA P735580 5% 2035 | A | Interest | | | Sold | 08/22/13 | J | A | |
| 346. | | | | | Buy | 03/18/13 | J | | |
| 347. FNMA P745944 5% 2033 | A | Interest | | | Sold | 04/22/13 | J | A | |
| 348. FNMA P889579 6% 2038 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 349. FNMA PAA4524 04 50% 2024 | A | Interest | | | Sold | 04/22/13 | J | A | |
| 350. FNMA PAH0936 03 50% 2040 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 351. FNMA PAH2683 04% 2041 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 352. FNMA PAJ2616 03 50% 2042 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 353. FNMA PAL0065 04 50% 2041 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 354. FNMA PAO9925 03 50% 2042 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 355. FNMA PAP7553 03% 2042 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 356. FNMA PMA0639 4% 2041 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 357. | | | | | Buy | 09/06/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. FNMA PAB5196 4% 2042 | A | Interest | | | Buy | 10/25/13 | J | | |
| 359. | | | | | Sold | 11/26/13 | J | A | |
| 360. FNMA PAK1932 4% 2042 | A | Interest | | | Buy | 02/07/13 | J | | |
| 361. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 362. | | | | | Sold | 12/10/13 | J | A | |
| 363. | | | | | Sold | 11/26/13 | J | A | |
| 364. FNMA PAL2825 3.5% 2042 | A | Interest | | | Buy | 04/17/13 | J | | |
| 365. | | | | | Sold | 10/25/13 | J | A | |
| 366. Ford Motor Co | A | Dividend | | | Sold (part) | 11/26/13 | J | A | |
| 367. | | | | | Sold | 12/11/13 | J | A | |
| 368. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 369. Franklin Res Inc | A | Dividend | J | T | | | | | |
| 370. FREEPRT-MCMRAN CPR & GLD | A | Dividend | | | Sold | 3/20/13 | J | A | |
| 371. Gallagher Arthur Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 372. GAP INC DELAWARE | A | Dividend | | | Sold | 01/02/13 | J | A | |
| 373. Gaming & Leisure Properties Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 374. GENERAL ELEC CAP CORP GLB-1.625% 7/02/2015 | A | Interest | | | Sold | 12/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. GENERAL ELEC CAP CORP SER MTN-5.625% 9/15/2017 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 376. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 377. | | | | | Sold (part) | 12/11/13 | J | A | |
| 378. | | | | | Sold (part) | 08/15/13 | J | A | |
| 379. | | | | | Sold (part) | 12/11/13 | J | A | |
| 380. General Mills | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 381. GENERAL MOTORS CO | A | Dividend | J | T | Buy | 12/16/13 | J | | |
| 382. GENL DYNAMICS CORP | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 383. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 384. | | | | | Sold (part) | 12/11/13 | J | A | |
| 385. Genessee & Wyoming | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 386. Genuine Parts Co | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 387. GILEAD SCIENCE INC | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 388. GlaxoSmithKline PLC ADR | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 389. Glaxosmithkline Capital 5.65% 5/15/18 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 390. GOLDMAN SACHS GROUP INC | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 391. | | | | | Buy (add'l) | 01/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 12/11/13 | J | A | |
| 393. | | | | | Sold (part) | 05/03/13 | J | A | |
| 394. GOLDMAN SACHS GROUP INC - NOTES | A | Interest | | | Sold | 11/26/13 | J | A | |
| 395. GOOGLE INC | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 396. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 397. | | | | | Buy (add'l) | 12/9/13 | J | | |
| 398. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 399. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 400. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 401. | | | | | Sold (part) | 12/11/13 | J | B | |
| 402. | | | | | Sold (part) | 11/26/13 | J | B | |
| 403. | | | | | Sold (part) | 12/11/13 | J | A | |
| 404. | | | | | Sold (part) | 11/26/13 | J | B | |
| 405. Halliburton Company | A | Dividend | | | Sold (part) | 03/18/13 | J | A | |
| 406. | | | | | Sold (part) | 03/18/13 | J | A | |
| 407. | | | | | Sold | 12/11/13 | J | A | |
| 408. | | | | | Buy (add'l) | 08/08/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. HARBOR INTERNATIONAL | A | Dividend | | | Sold | 03/05/13 | J | A | |
| 410. HARRIS CORP DEL (FORMERLY HARRIS STRATEX NETWORK) | A | Dividend | | | Sold (part) | 11/26/13 | J | A | |
| 411. | | | | | Sold | 12/11/13 | J | A | |
| 412. Hartford Financial Services Inc | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 413. Hasbro Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 414. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 415. | | | | | Sold (part) | 12/11/13 | J | A | |
| 416. Hatteras Financial Corp | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 417. HCP Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 418. Healthcare REIT Inc Com | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 419. Heico Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 420. Hewlett Packard GLB 2.6% 9/15/17 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 421. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 422. Hibbett Sports Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 423. Hollyfrontier Corp | A | Dividend | | | Sold | 11/14/13 | J | A | |
| 424. | | | | | Buy | 04/16/13 | J | | |
| 425. Home Bancshares Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Home Depot Inc | A | Dividend | J | T | Buy | 7/26/13 | J | | |
| 427. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 428. | | | | | Sold (part) | 11/26/13 | J | A | |
| 429. Honeywell Intl Inc Del | A | Dividend | J | T | | | | | |
| 430. HSN Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 431. IBM Corp | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 432. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 433. | | | | | Sold (part) | 02/28/13 | J | A | |
| 434. | | | | | Sold (part) | 08/05/13 | J | A | |
| 435. | | | | | Sold (part) | 11/26/13 | J | A | |
| 436. ILLUMINA INC COM | A | Dividend | | | Sold | 11/01/13 | J | A | |
| 437. INGERSOL-RAND PLC | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 438. Intel Corp | A | Dividend | K | T | Buy (add'l) | 10/22/13 | J | | |
| 439. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 440. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 441. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 442. | | | | | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 11/26/13 | J | A | |
| 444. | | | | | Sold (part) | 12/11/13 | J | A | |
| 445. | | | | | Sold (part) | 12/11/13 | J | A | |
| 446. Intercontinental Exchange | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 447. International Consolidated | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 448. INTERTEK GROUP PLC SHS | A | Dividend | | | Sold | 10/22/13 | J | A | |
| 449. | | | | | Sold | 10/22/13 | J | A | |
| 450. INTL PAPER CO | A | Dividend | | | Sold (part) | 03/13/13 | J | A | |
| 451. | | | | | Sold (part) | 03/27/13 | J | A | |
| 452. | | | | | Sold | 12/11/13 | J | A | |
| 453. | | | | | Sold | 12/11/13 | J | A | |
| 454. Intuit | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 455. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 456. IVY ASSET STRATEGY FUND CL I (X) | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 457. JOHNSON AND JOHNSON | A | Dividend | K | T | Buy (add'l) | 1/30/13 | J | | |
| 458. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 459. | | | | | Buy (add'l) | 12/11/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |